Liberty State Bank, appellee, v. Louis G. Deschler Company, appellant. Gen. No. 7,705.

Action to recover double damages for wilfully holding possession of premises after adverse judgment in forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this

court at the October term, 1923. Reversed and cause remanded. Opinion filed June 10, 1924.

A. E. & R. C. De Mange, for appellant. Costigan & Wollrab and Livingston & Whitmore, for appellee.

Mr. Justice Heard delivered the opinion of the court.